UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CODING DOJO LLC, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>KATHY BARAN, Director of the California Service Center, U.S. Citizenship and Immigration Services, *et al.*,<br><br>    Defendants. | Case No. 2:17-cv-00104-JLR<br><br>[PROPOSED] ORDER |

This cause comes before the Court upon the parties' Stipulated Motion to Stay the Litigation. Upon consideration of the motion, the Court GRANTS the parties' request to hold proceedings in abeyance until May 31, 2017.

IT IS SO ORDERED.

DATED: 7 March 2017

_____
HON. JAMES L. ROBART
United States District Judge