Robert Pauw, WSBA No. 13613
GIBBS HOUSTON PAUW
1000 Second Avenue, Suite 1600
Seattle, WA 98104-1003
Phone: (206)682-1080
Fax:   (206)689-2270
Email: rpauw@ghp-law.net

Judge Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Coding Dojo, LLC;<br>Yi Hong,<br><br>     Plaintiffs<br>    v.<br><br>Kathy Baran, Director of California Service Center;<br>Lori Scialabba, Acting Director of United States Citizenship and Immigration Services;<br>John F. Kelly, Secretary of Department of Homeland Security; and<br>United States of America,<br><br>     Defendants | W.D. Wash. No. 17-00104-JLR<br><br>STIPULATION AND <s>PROPOSED</s> ORDER FOR VOLUNTARY DISMISSAL |

Plaintiff and Defendants, through their counsel, hereby STIPULATE, AGREE, AND JOINTLY REQUEST as follows:

STIPULATION AND PROPOSED ORDER
FOR VOLUNTARY DISMISSAL – 1

USCIS has approved the Petition for Nonimmigrant Worker (Form I-129) filed by Plaintiff Coding Dojo, LLC, for the benefit of Yi Hong and there are no further issues to be resolved in this litigation. Therefore the parties hereby JOINTLY REQUEST that this case, having become moot, may be DISMISSED, each party to bear its own costs.

Dated this __18th__ day of __May__, 2017.

__/s/ Elizabeth D. Kurlan__
Elizabeth D. Kurlan
Office of Immigration Litigation
U.S. Department of Justice
Washington, D.C.
(415) 871-6455
elizabeth.kurlan@usdoj.gov
Counsel for Defendants

__/s/ Robert Pauw__
Robert Pauw
GIBBS HOUSTON PAUW
1000 Second Ave., Suite 1600
Seattle, WA 98104
(206) 682-1080
rpauw@ghp-law.net
Counsel for Plaintiffs

## ORDER

The parties having so stipulated, it is hereby ORDERED that this case shall be dismissed as moot. The Clerk is directed to mail copies of this Order to all counsel of record.

DATED this 18th day of ____May____, 2017.

_____
James L. Robart
U.S. District Court Judge

STIPULATION AND PROPOSED ORDER
FOR VOLUNTARY DISMISSAL – 2

GIBBS HOUSTON PAUW
1000 Second Avenue, Suite 1600
Seattle, WA 98104
Ph. (206) 682-1080
Fax. (206) 689-2270

CERTIFICATE OF SERVICE

    I hereby certify that on May 18, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically filed Notices of Electronic Filing.

                                                                         /s/ Robert Pauw

STIPULATION AND PROPOSED ORDER
FOR VOLUNTARY DISMISSAL – 3

GIBBS HOUSTON PAUW
1000 Second Avenue, Suite 1600
Seattle, WA 98104
Ph. (206) 682-1080
Fax. (206) 689-2270